1  LAW OFFICE OF ERIC HONIG
   Eric Honig - CA Bar No. 140765
2  P.O. Box 10327
   Marina del Rey, CA 90295
3  erichonig@aol.com
   Telephone:  (310) 699-8051
4  Fax:  (310) 943-2220

5  Attorney for Movant Peter Gallagher,
   Personal Representative for
6  the Estate of Michael Gallagher

7
                    UNITED STATES DISTRICT COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9
                        WESTERN DIVISION
10
11  IN RE RETURN OF PROPERTY          )   Case No. 21-cv-5073
    SEIZED FROM THE USPV SAFE         )
    DEPOSIT BOX(ES) OF MICHAEL        )   MOTION  FOR RETURN OF
12  GALLAGHER,                        )   PROPERTY PURSUANT TO
                                      )   FED.R.CRIM.P. 41(g);
13  _____  )   DECLARATIONS; EXHIBITS
                                      )
14  PETER GALLAGHER, Personal         )
    Representative for the Estate of  )
15  Michael Gallagher,                )
                                      )
16                 Movant,            )
                                      )
17        v.                          )
                                      )
18  UNITED STATES OF AMERICA,         )
                                      )
19                 Respondent.        )
                                      )
20  _____

21        Plaintiff Peter Gallagher, the Court-appointed Personal Representative for

22  the Estate of Michael Gallagher, hereby moves the Court for the return of seized

23  property.  This motion is based on Federal Rule of Criminal Procedure 41(g), the

24  Local Rules, all other relevant case law, statutes and rules of civil and criminal

25  procedure, on the attached memorandum of points and authorities, and upon any

26  other oral and/or documentary evidence which may be adduced at the hearing on

27  this motion, as follows:

28

1

MEMORANDUM OF POINTS AND AUTHORITIES

2

I.

3

INTRODUCTION

4   On March 22, 2021, Respondent United States of America ("the

5   government"), through the Federal Bureau of Investigation ("FBI"), seized several

6   items of personal property from the safe deposit box(es) maintained by Michael

7   Gallagher at the US Private Vault in Beverly Hills, California.  The FBI, however,

8   has not served anyone with written notice of any administrative forfeiture

9   proceedings related to the property contained in those boxes.

10   The government does not need to maintain physical possession of this

11   property for use as evidence in any judicial proceeding, and no judicial proceeding

12   is pending involving the seized property.  Therefore, Movant requests that the

13   Court order return of the property to him forthwith.

14   II.

15   STATEMENT OF FACTS

16   **A.     FBI search and seizure of private safe deposit boxes**.

17   Since 2011, US Private Vaults ("USPV") operated a private safe deposit box

18   facility, and rented between 600 and 1000 boxes to hundreds of customers who

19   kept non-contraband property, including U.S. currency, gold and jewelry.  Only the

20   box holder or their designee can open their box, through encrypted biometric

21   information and their own key.  See *DOES 1-6 v. United States*, CD/CA No. 21-cv-

22   3254-RGK, Civil Minutes, ECF 23, p. 2.

23   After a grand jury indicted USPV (but no individuals) for various offenses,

24   the government searched USPV, seized all of the privately-held boxes pursuant to

25   at criminal seizure warrant, and then opened and searched and seized the contents

26   of each individual box (even though none of the box holders was identified in the

27   search warrant as being part of the criminal investigation or indictment).  *Id*.

28   However, based on the defendant government's representations in the

1   seizure warrant affidavit that the warrant would only "authorize the seizure of the

2   nests of the boxes themselves, <u>not</u> their contents", the warrant specifically

3   disallowed agents from conducting a criminal search or seizure of the contents of

4   the safe deposit boxes.  Instead, the warrant required that government agents only

5   "shall follow their written inventory policies to protect their agencies and the

6   contents of the boxes," and "shall inspect the contents of the boxes in an effort to

7   identify their owners in order to notify them so that they can claim their property."

8   *See* Appendix to ECF 20 in *DOES 1-6 v. United States* (pp. 6-12),  attached hereto

9   as Exhibit A: Unsealing Order, Affidavit ¶108, and Attachment - USPV Seizure

10  Warrant, ¶c (underlined emphasis in original).  Paragraph 108 of the redacted

11  warrant affidavit further stated:

> By seizing the nests of safety deposit boxes, the government will necessarily end up with custody of what is inside those boxes initially. Agents will follow their written inventory policies **to protect their agencies from claims of theft or damage to the contents of the boxes**, and to ensure that no hazardous items are unknowingly stored in a dangerous manner.  Agents will attempt to notify the lawful owners of the property stored in the boxes on how to claim their property, such as posting that information on the internet or at USPV itself, or by contacting the owners directly.  In order to notify the owners directly, agents will, in accordance with their policies regarding an unknown person's property, look for contact information or something which identifies the owner.

18  *Id*. (emphasis added).  Footnote 40 to the affidavit further states that "The FBI

19  policy regarding taking custody of an unknown person's property provides, in part,

20  that agents 'inspect the property as necessary to identify the owner and preserve the

21  property for safekeeping.'  **The inspection 'should extend no further than**

22  **necessary to determine ownership.**'"  *Id*. (emphasis added).  Thus, the warrant

23  made it clear that the government was allowed to inspect and seize the contents of

24  the individual boxes for the limited purpose of identifying the rightful owners of

25  the box contents and to ensure the safety of those contents.

26      While the searches of the USPV safe deposit boxes and seizures of their

27  property were being executed, box holders were told by law enforcement officers

28

1    that to contest the seizure of their property they must fill out a claim form online at

2    www.forms.fbi.gov/uspvclaims  ("To make a claim for property stored at U.S.

3    Private Vaults in Beverly Hills, California, please provide the following

4    information. An FBI agent will contact you for additional details.").  The FBI also

5    verbally told several box holders that within 30-60 days it would send them notices

6    of seizure to initiate civil administrative forfeiture proceedings against their

7    property.  Declaration of Eric Honig, ¶3.

8    **B.    The FBI's initiation of administrative forfeiture proceedings against**

9    **some of the seized property, but not Michael Gallagher's**.

10   The FBI started mailing such notices of seizure on or about May 20, 2021,

11   including a global notice of the seizure of over 500 boxes of property sent to

12   USPV's attorney.  Exhibit B, Notice of Seizure to USPV.  Movant Peter Gallagher

13   personally maintained a safe deposit box at USPV, and received written notice

14   from the FBI of the seizure of the property from his box.  Exhibit C, Notice of

15   Seizure re Box #5104.  The FBI also began publishing notices of the over 500 box

16   seizures on its government website www.forfeiture.gov.  *See, e.g.*,  Exhibit D,

17   published notice of Peter's Box #5104, *inter alia*, published on June 14, 2021 (and

18   showing August 3, 2021 as the last date to file an administrative forfeiture claim).

19   Michael Gallagher also maintained one or more safe deposit boxes at USPV

20   and stored currency and other property there.  Declaration of Peter Gallagher, ¶3.

21   The Gallaghers, like the other box holders, were provided keys to their personal

22   box, and maintained exclusive control over their boxes thereafter until the seizures

23   on March 22, 2021.  Declaration of Peter Gallagher, ¶4.

24   However, Michael passed away in the State of Florida on November 4, 2020,

25   about 4½ months before the seizures.  Exhibit E, Death Certificate.  On March 25,

26   2021, the Circuit Court for the 17th Judicial District in Broward County, Florida,

27   appointed Peter as personal representative of the estate of his brother Michael,

28   "with full power to administer the estate according to law; **to ask, demand, sue**

1   **for, recover and receive the property of the decedent**; to pay the debts of the

2   decedent as far as the assets of the estate will permit and the law directs; and to

3   make distribution of the estate according to law." Exhibit F, Letters of

4   Administration, Case No. PRC210000424.  The contents of Michael's safe deposit

5   boxes were included among the assets of the Estate.  Declaration of Peter

6   Gallagher, ¶5.

7        Peter, on behalf of his brother's estate, has diligently searched for any record

8   of any written notice of seizure that may have been sent by the FBI to his brother

9   Michael, but has been unable to locate any such notices.  He has located several of

10   what appear to be USPV safe deposit box keys, however he has been unable to

11   determine the USPV box number(s) that correspond with the keys.  Peter believes

12   the FBI is in possession of information that identifies Michael as the person who

13   maintained the box(es).  Declaration of Peter Gallagher, ¶6.

14        Nevertheless, in his capacity as the Court-appointed personal representative

15   for the Estate of Michael Gallagher, on June 21, 2021 Peter filed an administrative

16   forfeiture claim with the FBI regarding the Estate's ownership of the contents of

17   Michael's unidentified boxes.  Exhibit G, Claim in Administrative Forfeiture

18   Proceedings; see also Declaration of Eric Honig,  ¶4.

19        Michael was a successful real estate broker in San Diego (for the Irving

20   Hughes Group, then Shelton Gallagher), and then essentially semi-retired in

21   Florida, where he continued to work in asset management and finance at MIGA

22   Asset Management, Inc., for about 9 years.  His average annual gross income for

23   the past decade exceeded $600,000 and his  reported gross federal income was

24   between $600,000 and $700,000 for both 2018 and 2019.  His USPV safe deposit

25   boxes held over $1 million.  The currency, all of which was earned through

26   legitimate sources, was kept in envelopes and/or bank bags.  None of the currency

27   or other property in the boxes was contraband.  Declaration of Peter Gallagher, ¶7.

28

III.

ARGUMENT

**A.    Applicable law.**

"A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion.  If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings." Fed.R.Crim.P. 41(g).

When the property in question is no longer needed for evidentiary purposes, the person from whom the property is seized is presumed to have a right to its return, and the government has the burden of demonstrating that it has a legitimate reason to retain the property.  The government must justify its continued possession of the property by demonstrating that it is contraband or subject to forfeiture. *United States v. Harrell*, 530 F.3d 1051, 1057 (9th Cir. 2008).  An object is contraband per se if its possession, without more, constitutes a crime (*e.g.*, cocaine), *i.e.*, if there is no legal purpose to which the object could be put. *United States v. McCormick,* 502 F.2d 281, 288 (9th Cir.1974); *see also United States v. Bolar,* 569 F.2d 1071, 1072 (9th Cir.1978) (per curiam)(explaining that while diamond rings are not contraband per se, negatives of Federal Reserve Notes are). Movants are not seeking return of any contraband by this present action.

In any nonjudicial civil forfeiture proceeding under a federal civil forfeiture statute, the government is required to send written notice to interested parties within 60 days after the date of a federal seizure (if the property is seized by a State or local law enforcement agency and turned over to a federal law enforcement agency for forfeiture under federal law, the deadline is within 90 days after the

6

1   State or seizure). 18 U.S.C. § 983(a)(1)(A)(i, iv);[1] *see also, e.g., United States v.*
2   *Real Property Located at 475 Martin Lane, Beverly Hills, CA,* 545 F.3d 1134, 1141
3   (9th Cir.2008)(government has 60 days after seizing property to send written notice
4   to interested parties"); *United States v. $10,000.00 in U.S. Currency,* 2007 WL
5   2330318, at *1 (S.D.Cal. Aug. 13, 2007)(granting summary judgment and return of
6   property due to government's failure to provide timely notice after seizure); *United*
7   *States v. $200,255.00 in U.S. Currency,* 2006 WL 1687774 (M.D.Ga. June 16,
8   2006)("in the absence of timely notice, the seizing agency must return the seized
9   property"); *United States v. Miscellaneous Firearms, Explosives, Destructive*
10  *Devices, Ammunition,* 399 F.Supp.2d 881, 882 (C.D.Ill.2005)(government must
11  commence either an administrative or judicial forfeiture proceeding within 60 days
12  after seizure of the property); *United States v. Assorted Jewelry with an*
13  *Approximate Value of $219,860.00,* 386 F.Supp.2d 9 (D.Puerto Rico
14  2005)(dismissing civil judicial forfeiture action and returning property to claimant
15  where the government failed to provide timely notice after seizure).

16  **B.    The government must return the currency and other property**
17  **seized from Michael Gallagher's boxes.**

18          The government has failed to initiate timely forfeiture proceedings against
19  the property seized from Michael's USPV safe deposit boxes.  No notice of the
20  initiation of any judicial proceedings against his property (now the property of his
21  Estate) has been received after a diligent search.  Nevertheless, the Estate has filed
22  a "protective" claim with the FBI in the event the government has published notice
23  of the seizures on its website.

24          Because forfeitures are disfavored, forfeiture laws and their notice provisions

25  _____

26          [1] Before forfeiting property, the seizing agency must publish notice for at
27  least three weeks and must also send "[w]ritten notice of seizure together with
    information on the applicable procedures ... to each party who appears to have an
28  interest in the seized article." 19 U.S.C. §1607(a).

1  are strictly construed against the government.  *United States v. Ritchie*, 342 F.3d

2  903, 909-10 (9th Cir. 2003).   No criminal proceedings have been filed against

3  Michael Gallagher in conjunction with the seized funds, and thus the government

4  has no need to hold the seized funds even for any alleged evidentiary purpose.

5  None of the property held in Michael's boxes is contraband per se.   The Estate

6  contends the government does not possess evidence to the contrary.

7          The government also has no justification for the delay in either returning the

8  items of property or initiating forfeiture proceedings.  To determine whether a

9  delay in filing a civil forfeiture proceeding has resulted in a due process violation, a

10  court should consider four factors: 1) the length of the delay; 2) the reason for the

11  delay; 3) the claimant's assertion of his rights; and 4) prejudice to the claimant by

12  the delay. *United States v. $8,850 U.S. Currency,* 461 U.S. 555, 564, 103 S.Ct.

13  2005, 2012, 76 L.Ed.2d 143 (1983); *see also United States v. $12,248 U.S.*

14  *Currency,* 957 F.2d 1513 (9th Cir.1991)(13-month delay was prejudicial where

15  claimant lost a critical witness and had compelling verifiable evidence of a

16  legitimate source for the seized currency). These elements are guides in balancing

17  the interests of the property owner and the government to assess whether the basic

18  due process requirement of fairness has been satisfied in a particular case. *$8,850*

19  *U.S. Currency,* 461 U.S. at 565.

20          The government is obligated to return the Estate's property whether under

21  statutory or due process standards.  The property was seized by the FBI, no notice

22  of forfeiture proceedings was sent to Michael Gallagher within the requisite 60-day

23  period since the March 22, 2021 seizure, no administrative or judicial forfeiture

24  proceedings are believed to have been initiated against this property, and the

25  property has not been returned to the Estate.  The Estate contends the government

26  has no justification for the delay. Accordingly, the property contained in Michael

27  Gallagher's US PV safe deposit boxes should be ordered returned to the Estate

28  forthwith.

1    **C.    The Court should order the government to cooperate with the Estate in**
2         **identifying Michael Gallagher's boxes.**

3         If the government contends it cannot identify which USPV boxes (and the
4    property held inside) were maintained and owned by Michael Gallagher, the Estate
5    requests that the Court order the FBI to allow the Estate's attorney to bring the keys
6    to the FBI location where the boxes are stored for the purpose of matching the keys
7    to the correct boxes.  The Estate contends there should be very few boxes that the
8    government cannot associate with a particular name or person, so this procedure
9    should be relatively simple and quick.  Alternatively, the Estate is aware that USPV
10   maintained surveillance video for security purposes, and also a chronological log of
11   visits by box numbers, and that the FBI is in possession of this evidence.  Michael
12   Gallagher thus can be identified through the process of elimination by the date he
13   can be seen entering the facility and the box numbers that were accessed that day.

14                                      III.

15                                 CONCLUSION

16        The Estate respectfully requests the Court to grant its motion for return of
17   property and order the government to forthwith return the property seized from the
18   USPV safe deposit boxes maintained by Michael Gallagher.

19

20   DATED: June 22, 2021              Respectfully submitted,

21
                                       LAW OFFICE OF ERIC HONIG
22

23                                     /s/ Eric Honig
                                       _____
24                                     ERIC HONIG
                                       Attorney for Movant Peter Gallagher,
25                                     Personal Representative for
                                       the Estate of Michael Gallagher
26

27

28

                                        9

## DECLARATION OF ERIC HONIG

I, Eric Honig, state and declare as follows:

1.     I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2.     I am counsel of record for Movant Peter Gallagher, Personal Representative for the Estate of Michael Gallagher.

3.     I have several clients who maintained safe deposit boxes at US Private Vaults that were searched by the FBI.  While the searches and seizures of their property were being executed, box holders were told by law enforcement officers that to contest the seizure of their property they must fill out a claim form online at www.forms.fbi.gov.  The FBI also verbally told several box holders that within 30-60 days it would send them notices of seizure to initiate civil administrative forfeiture proceedings against their property.

4.     In his capacity as the Court-appointed personal representative for the Estate of Michael Gallagher, on June 21, 2021 Peter Gallagher filed an administrative forfeiture claim with the FBI (prepared and mailed by me as his attorney) regarding the Estate's ownership of the contents of Michael's unidentified boxes.

5.     Exhibit A is a true and correct copy of Appendix (pp. 6-12) to ECF 20 in *DOES 1-6 v. United States,* CD/CA No. 21-cv-3254-RGK, attached hereto as Exhibit A: Unsealing Order, Affidavit ¶108, and Attachment - USPV Seizure Warrant.

6.     Exhibit B is a true and correct copy of the FBI's Notice of Seizure to US Private Vaults.

7.     Exhibit D is the FBI's published notice of Peter Gallagher's US Private Vault Box #5104, *inter alia*, published on June 14, 2021 (showing August 3, 2021 as the last date to file an administrative forfeiture claim).

8.     Exhibit G is an administrative forfeiture claim I caused to be filed with

the FBI by Peter Gallagher on June 21, 2021 on behalf of the Estate regarding its ownership of the contents of Michael's unidentified boxes.

9. I contacted Assistant U.S. Attorney Andrew Brown on June 22, 2021 regarding the grounds for this motion, pursuant to Local Rule 7-3. He responded with an e-mail stating that "[a]ccording to FBI records, there is a single box associated with the name 'Gallagher' which is under the name 'Peter.'"

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2021 at Marina del Rey, California.

/s/ Eric Honig

_____
ERIC HONIG