## DECLARATION OF PETER GALLAGHER

I, Peter Gallagher, state and declare as follows:

1. I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2. I am the Court-Appointed Personal Representative for the Estate of Michael Gallagher, my brother, and the Movant in this proceeding.

3. Michael Gallagher maintained one or more safe deposit boxes at US Private Vaults in Beverly Hills, CA, and stored currency and other property there.

4. Like the other box holders, my brother and I were provided keys to our personal boxes, and maintained exclusive control over ourr boxes thereafter until the seizures on March 22, 2021.

5. The contents of Michael's safe deposit boxes were included among the assets of his Estate.

6. On behalf of my brother's estate, I searched diligently for any record of any written notice of seizure that may have been sent by the FBI to my brother Michael, but have been unable to locate any such notices. I have located several of what appear to be USPV safe deposit box keys, however I have been unable to determine the USPV box number(s) that correspond with the keys. I believe the FBI, which seized the USPV boxes, is in possession of information that identifies Michael as the person who maintained the box(es).

7. Michael was a successful real estate broker in San Diego (for the Irving

Hughes Group, then Shelton Gallagher), and then essentially semi-retired in Florida, where he continued to work in asset management and finance at MIGA Asset Management, Inc., for about 9 years. His average annual gross income for the past decade exceeded $600,000 and his reported gross federal income was between $600,000 and $700,000 for both 2018 and 2019. His USPV safe deposit boxes held over $1 million, all of which was earned through legitimate sources, and was kept in envelopes and/or bank bags. None of the currency or other property in the boxes was contraband.

8. Exhibit C is a true and correct copy of a written notice of seizure I received from the FBI regarding the seizure of the property from the safe deposit box I personally maintained at USPV.

9. Exhibit E is a true and correct copy of the State of Florida Death Certificate for my brother Michael Gallagher.

10. Exhibit F is a true and correct copy of the Letters of Administration for the Estate of Michael Gallagher, Case No. PRC210000424 Circuit Court for the 17th Judicial District in Broward County, Florida.

I certify under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2021 in Los Angeles County, California.

*/s/ PETER GALLAGHER*