EXHIBIT A

# APPENDIX

Case 2:21-mj-01307-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 03/17/21   Page 1 of 3   Page ID #:110

# United States District Court

___CENTRAL___ DISTRICT OF ___CALIFORNIA___

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Certain business equipment located at
U.S. Private Vaults, Inc.,
9182 West Olympic Blvd.,
Beverly Hills, CA 90212

**SEIZURE WARRANT**

**CASE NUMBER:** 2:21-MJ-01307

TO: any Authorized Officer of the United States, Affidavit(s) having been made before me by Special Agent Lynne Zellhart who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely, the business equipment described in the attachment,

**which are** subject to seizure and forfeiture pursuant to 18 U.S.C. § 982(b), 21 U.S.C. § 853(f) and 31 U.S.C. § 5317(c).

**concerning violations of** 18 U.S.C. § 1956, 21 U.S.C. § 841, and 31 U.S.C. § 5324, and conspiracy to commit the same.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

_____        at   Los Angeles, California
**Date and Time Issued**

_____        _____
Honorable Steve Kim, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                        **Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

1

Case 2:21-mj-01307-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 03/17/21   Page 2 of 3
Page ID #:111

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/17/2021 | DATE AND TIME WARRANT EXECUTED<br>3/22/2021 - 7:59 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>AT THE BUSINESS |
| INVENTORY MADE IN THE PRESENCE OF   SA Lynne K. Zellhart | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Asus Zen pad Model P023
2. Dell Inspiration
3. Dell Vostro P/N 40.3GA01.021
4. USPV Database Exports from Cloud
5. Money Counter - Cummins/Allison w/ power cord
6. Money Counter - Bill Counter + power cord
7. Iris ID icam 700 (1)
8. Iris ID icam 700 (2)
9. Schlange Biometric Hand Key CR (1)
10. Schlange Biometric Hand Key CR (2)
11. Nest of Safe Deposit boxes, including shelving, boxes, hardware and bond tins.
12. Box of Keys
13. Loose Keys

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/9/2021

_Lynne K. Zellhart_
Executing officer's signature

SA Lynne K. Zellhart
Printed name and title

2

## ATTACHMENT—USPV SEIZURE WARRANT

**ITEMS TO BE SEIZED**

The items to be seized are the following pieces of business equipment located at U.S. PRIVATE VAULTS, INC., 9182 WEST OLYMPIC BLVD., BEVERLY HILLS, CA 90212:

    a.    The business computers;

    b.    The money counters;

    c.    The nests of safety deposit boxes and keys. This warrant does not authorize a criminal search or seizure of the contents of the safety deposit boxes. In seizing the nests of safety deposit boxes, agents shall follow their written inventory policies to protect their agencies and the contents of the boxes. Also in accordance with their written policies, agents shall inspect the contents of the boxes in an effort to identify their owners in order to notify them so that they can claim their property;

    d.    The digital and video surveillance and security equipment; and

    e.    The biometric scanners.

1 ████████████████████████
2 ████████████████████████
3 ████████████████████████
4 ████████████████████████
5 ████████████████████████
6 ████████ ████████████████
7 ████████████ ████████
8 ████████████████████████
9 ████████████████████████
10 ████████████

**T.   NOTIFYING USPV CUSTOMERS HOW TO CLAIM THEIR PROPERTY**

108. The search and seizure warrants the government seeks list the nests of safety deposit boxes at USPV among the items to be seized. These nests of safety deposit boxes are evidence and instrumentalities of USPV's criminality. The warrants authorize the seizure of the nests of the boxes themselves, <u>not</u> their contents. By seizing the nests of safety deposit boxes, the government will necessarily end up with custody of what is inside those boxes initially. Agents will follow their written inventory policies to protect their agencies from claims of theft or damage to the contents of the boxes, and to ensure that no hazardous items are unknowingly stored in a dangerous manner. Agents will attempt to notify the lawful owners of the property stored in the boxes how to claim their property, such as by posting that information on the internet or at

---

[39] ████████████████████████

USPV itself, or by contacting the owners directly. In order to notify the owners directly, agents will, in accordance with their policies regarding an unknown person's property, look for contact information or something which identifies the owner.[40] (USPV recommends that box renters include their or their designees' telephone numbers on a note in the box in the event that USPV removes the contents for nonpayment of rental fees.)

U. 

---

[40] The FBI policy regarding taking custody of an unknown person's property provides, in part, that agents "inspect the property as necessary to identify the owner and preserve the property for safekeeping." The inspection "should extend no further than necessary to determine ownership."

85

```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:   andrew.brown@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
Apr 20 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ib___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEIZURE WARRANT FOR CERTAIN BUSINESS EQUIPMENT LOCATED AT U.S. PRIVATE VAULTS, INC., 9182 W. OLYMPIC BLVD., BEVERLY HILLS, CALIFORNIA | No. 2:21-MJ-01307<br><br>[~~PROPOSED~~] ORDER UNSEALING SEIZURE WARRANT |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The seizure warrant, attachments, and return in the above-titled case are hereby unsealed. The government may also disclose the paragraph of the accompanying affidavit that addresses inventorying the contents of the boxes and notifying their owners how to claim their property.

IT IS SO ORDERED.

4/20/2021
DATE

*/s/ Alexander F. MacKinnon*
UNITED STATES MAGISTRATE JUDGE
ALEXANDER F. MACKINNON

6