# EXHIBIT E

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.  HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2020203913  **DATE ISSUED:** NOVEMBER 12, 2020

### DECEDENT INFORMATION  **DATE FILED:** NOVEMBER 12, 2020

NAME: MICHAEL CLOONEY GALLAGHER

DATE OF DEATH: NOVEMBER 4, 2020   SEX: MALE   AGE: 044 YEARS
DATE OF BIRTH: MAY 19, 1976   SSN: ***-**-0374
BIRTHPLACE: SAN JOSE, CALIFORNIA, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 80 HENDRICKS ISLE #201
LOCATION OF DEATH: FORT LAUDERDALE, BROWARD COUNTY, 33301
RESIDENCE: 80 HENDRICKS ISLE #201, FORT LAUDERDALE, FLORIDA 33301, UNITED STATES
COUNTY: BROWARD
OCCUPATION, INDUSTRY: COMMERCIAL REALTOR, REAL ESTATE
EDUCATION: BACHELORS DEGREE   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: NEVER-MARRIED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: CHARLES F GALLAGHER
MOTHER'S/PARENT'S NAME: DELIA BUCKLEY

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: PETER GALLAGHER
RELATIONSHIP TO DECEDENT: BROTHER
INFORMANT'S ADDRESS: 912 LOMA DRIVE, HERMOSA BEACH, CALIFORNIA 90254, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: KEILA K. CRUCET, F052106
FUNERAL FACILITY: SERENITY FUNERAL HOME AND CREMATION F071434
1450 S STATE ROAD 7 NORTH, NORTH LAUDERDALE, FLORIDA 33068
METHOD OF DISPOSITION: REMOVAL FROM STATE
PLACE OF DISPOSITION: SANTA CLARA MISSION CEMETERY
SANTA CLARA, CALIFORNIA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER   MEDICAL EXAMINER CASE NUMBER: 20175591
TIME OF DEATH (24 HOUR): 1444   DATE CERTIFIED: NOVEMBER 12, 2020
CERTIFIER'S NAME: STEPHEN LAVALLE ROBINSON
CERTIFIER'S LICENSE NUMBER: ME124655
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

, STATE REGISTRAR

REQ: 2022100539

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)




CERTIFICATION OF VITAL RECORD