# EXHIBIT F

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.  PRC210000424   DIVISION  62J   JUDGE  Kenneth Gillespie

**In Re: Estate of: Gallagher, Michael Clooney**

_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, MICHAEL CLOONEY GALLAGHER, a resident of Broward County, Florida, died on November 4, 2020, owning assets in the State of Florida, and

WHEREAS, PETER GALLAGHER, has been appointed personal representative of the estate of the decedent and having performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare PETER GALLAGHER, duly qualified under the laws of the State of Florida to act as personal representative of the estate of MICHAEL CLOONEY GALLAGHER, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

FURTHER, there shall be no sale or transfer of property, real or personal, without prior Court approval.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 03-25-2021.

PRC210000424 03-25-2021 3:44 PM

PRC210000424 03-25-2021 3:44 PM
Hon. Kenneth Gillespie
**CIRCUIT JUDGE**
Electronically Signed by Kenneth Gillespie

**Copies Furnished To:**

CaseNo: PRC210000424
Page 2 of 2

Giovanni Vincent Borges , E-mail : eservice@myfllegal.com
Giovanni Vincent Borges , E-mail : giovanni@myfllegal.com