# EXHIBIT G

# CLAIM IN ADMINISTRATIVE FORFEITURE PROCEEDING

| | |
|---|---|
| Asset ID #: | Unknown |
| Asset Descr: | Unknown amount of U.S. Currency and property seized from US Private Vault safe deposit box(es) maintained by Michael Gallagher |
| Seizure Date: | March 22, 2021 |
| Seizure Place: | Beverly Hills, CA |
| Claimant: | Estate of Michael Gallagher |

On March 25, 2021, the State of Florida 17th Judicial District Circuit Court appointed me as the Personal Representative for the Estate of Michael Gallagher (see attached Letters of Administration). Pursuant to *18 U.S.C. §983(a),* I hereby claim the right to judicially contest the seizure and forfeiture of the currency and other property that was stored in the US Private Vault safe deposit box(es) maintained by Michael Gallagher.

I do not currently know the numbers of the box(es), but I am in possession of keys I believe should open one or more of the box(es), and I believe the seizing agency, the Federal Bureau of Investigation ("FBI"), is in possession of other information that identifies Michael Gallagher as the person who maintained the box(es). To my knowledge, the FBI has not served a Notice of Seizure on Michael Gallagher at his last known address.

Accordingly, I hereby request that the FBI allow my attorney to produce the key(s) to the FBI for the purpose of matching the key(s) to the correct box(es).

The Estate of Michael Gallagher is the owner of the property in the box(es) Michael Gallagher maintained at US Private Vault and this claim is not frivolous.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16th, 2021.

*/s/ Peter Gallagher*
PETER GALLAGHER
Court-Appointed Personal Representative
for the Estate of Michael Gallagher
c/o Eric Honig, Esq.
Law Office of Eric Honig
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
(310) 699-8051