# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLAINTIFF(S)** | CASE NUMBER: 2:21–cv–05073–CAS–PD |
| v. | |
| UNITED STATES OF AMERICA | |
| **DEFENDANT(S).** | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  6/22/2021  |  1  |  MOTION for Return of Seized Property  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 23, 2021                              By:  /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                                          Deputy Clerk