1  LAW OFFICE OF ERIC HONIG
   Eric Honig - CA Bar No. 140765
2  P.O. Box 10327
   Marina del Rey, CA 90295
3  erichonig@aol.com
   Telephone:  (310) 699-8051
4  Fax:  (310) 943-2220

5  Attorney for Movant Peter Gallagher,
   Personal Representative for
6  the Estate of Michael Gallagher

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9
                         WESTERN DIVISION
10

11  IN RE RETURN OF PROPERTY          )   Case No. 21-cv-5073-CAS-PD
    SEIZED FROM THE USPV SAFE         )
12  DEPOSIT BOX(ES) OF MICHAEL        )   CERTIFICATE AS TO
    GALLAGHER,                        )   INTERESTED PARTIES
                                      )
13  _____  )
                                      )
14  PETER GALLAGHER, Personal         )
    Representative for the Estate of  )
15  Michael Gallagher,                )
                                      )
16                    Movant,         )
                                      )
17        v.                          )
                                      )
18  UNITED STATES OF AMERICA,         )
                                      )
19                    Respondent.     )

20  ———————————————————————————

21        The undersigned counsel of record for hereby certifies that the following

22  listed parties have a direct, pecuniary interest in the outcome of this case.  These

23  representations are made to enable the Court to evaluate possible disqualification

24  ///

25  ///

26  ///

27  ///

28  ///

    ///

1  or recusal: The Estate of Michael Gallagher; Peter Gallagher; Federal Bureau of

2  Investigation; U.S. Postal Inspection Service.

3

4  DATED: June 23, 2021              Respectfully submitted,

5
                                    LAW OFFICE OF ERIC HONIG
6

7                                   /s/ Eric Honig

8                                   _____
                                    ERIC HONIG
                                    Attorney for Movant Peter Gallagher,
9                                   Personal Representative for
                                    the Estate of Michael Gallagher
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ERIC HONIG

I, Eric Honig, state and declare as follows:

1.     I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2.     I am counsel of record for Movant Peter Gallagher, Personal Representative for the Estate of Michael Gallagher.

3.     I have several clients who maintained safe deposit boxes at US Private Vaults that were searched by the FBI.  While the searches and seizures of their property were being executed, box holders were told by law enforcement officers that to contest the seizure of their property they must fill out a claim form online at www.forms.fbi.gov.  The FBI also verbally told several box holders that within 30-60 days it would send them notices of seizure to initiate civil administrative forfeiture proceedings against their property.

4.     In his capacity as the Court-appointed personal representative for the Estate of Michael Gallagher, on June 21, 2021 Peter Gallagher filed an administrative forfeiture claim with the FBI (prepared and mailed by me as his attorney) regarding the Estate's ownership of the contents of Michael's unidentified boxes.

5.     Exhibit A is a true and correct copy of Appendix (pp. 6-12) to ECF 20 in *DOES 1-6 v. United States,* CD/CA No. 21-cv-3254-RGK, attached hereto as Exhibit A: Unsealing Order, Affidavit ¶108, and Attachment - USPV Seizure Warrant.

6.     Exhibit B is a true and correct copy of the FBI's Notice of Seizure to US Private Vaults.

7.     Exhibit D is the FBI's published notice of Peter Gallagher's US Private Vault Box #5104, *inter alia*, published on June 14, 2021 (showing August 3, 2021 as the last date to file an administrative forfeiture claim).

8.     Exhibit G is an administrative forfeiture claim I caused to be filed with

3

1  the FBI by Peter Gallagher on June 21, 2021 on behalf of the Estate regarding its
2  ownership of the contents of Michael's unidentified boxes.

3      9.      I contacted Assistant U.S. Attorney Andrew Brown on June 22, 2021
4  regarding the grounds for this motion, pursuant to Local Rule 7-3.  He responded
5  with an e-mail stating that "[a]ccording to FBI records, there is a single box
6  associated with the name 'Gallagher' which is under the name 'Peter.'"

7      I certify under penalty of perjury of the laws of the United States of America
8  that the foregoing is true and correct. Executed on June 22, 2021 at Marina del
9  Rey, California.

10                 /s/ Eric Honig

11                 _____
12                 ERIC HONIG