LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 699-8051
Fax:  (310) 943-2220

Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE RETURN OF PROPERTY SEIZED FROM THE USPV SAFE DEPOSIT BOX(ES) OF MICHAEL GALLAGHER, <br><br> _____ <br><br> PETER GALLAGHER, Personal Representative for the Estate of Michael Gallagher, <br><br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. <br> _____ | Case No. 21-cv-5073-CAS-PD <br><br> AMENDED CERTIFICATE AS TO INTERESTED PARTIES |

The undersigned counsel of record hereby files this amended certificate and certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to

///

///

///

///

///

1  evaluate possible disqualification or recusal: The Estate of Michael Gallagher;

2  Peter Gallagher; Federal Bureau of Investigation; U.S. Postal Inspection Service.

3

4  DATED: June 23, 2021          Respectfully submitted,

5
                                 LAW OFFICE OF ERIC HONIG
6

7                                /s/ Eric Honig

8                                _____
                                 ERIC HONIG
                                 Attorney for Movant Peter Gallagher,
9                                Personal Representative for
                                 the Estate of Michael Gallagher
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28