LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE RETURN OF PROPERTY SEIZED FROM THE USPV SAFE DEPOSIT BOX(ES) OF MICHAEL GALLAGHER, <br><br> PETER GALLAGHER, Personal Representative for the Estate of Michael Gallagher, <br><br>　　　　Movant, <br><br>　　v. <br><br> UNITED STATES OF AMERICA, <br><br>　　　　Respondent. | Case No. 21-cv-5073-RGK (MARx) <br><br> PROOF OF SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(i)(1)(A) AND (B) |

　　　　On June 25, 2021, the following listed documents were served on DEFENDANT UNITED STATES OF AMERICA by United States Postal Service certified mail pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(i), addressed to: United States of America, Civil Process Clerk, U.S. Attorney's Office, 300 N. Los Angeles Street, Suite 7516, Los Angeles, CA, 90012: Class Action Complaint (Dkt. 1); Certificate of Interested Parties (Dkt. 9); Summons in a Civil Action (Dkt. 5).

　　　　In addition, on June 28, 2021, the following listed documents were served on DEFENDANT MERRICK GARLAND by United States Postal Service certified mail

1  pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), addressed to:  MERRICK
2  GARLAND, United States Attorney General, 950 Pennsylvania Avenue, NW,
3  Washington, D.C., 20530-0001: Class Action Complaint (Dkt. 1); Certificate of Interested
4  Parties (Dkt. 9); Summons in a Civil Action (Dkt. 6).
5       I declare under penalty of perjury under the laws of the State of California that the
6  above is true and correct. Executed on July 5, 2021, at Marina del Rey, California.

Respectfully submitted,

LAW OFFICE OF ERIC HONIG

/s/ Eric Honig

_____
ERIC HONIG
Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher