TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar. No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
         Victor.Rodgers@usdoj.gov
         Maxwell.Coll@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE RETURN OF PROPERTY SEIZED FROM THE USPV SAFE DEPOSIT BOX(ES) OF MICHAEL GALLAGHER, | Case No. 2:21-cv-05073-RGK(MARx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOVANT'S MOTION FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g), WHICH IS TREATED AS AN INITIAL COMPLAINT, BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>    June 25, 2021<br>Current response date:<br>    Answer-August 24, 2021<br>New response date:<br>    Answer-September 23, 2021 |
| PETER GALLAGHER, Personal Representative for the Estate of Michael Gallager,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | |

    Pursuant to Local Rule 8-3, movant Peter Gallagher, Personal Representative for the Estate of Michael Gallagher ("movant/plaintiff") and respondent United States of America ("respondent/movant") hereby stipulate and agree to extend the time

for respondent/movant to respond to the movant's motion for return of property pursuant to Fed. R. Crim. P. 41(g), which is treated as a complaint and is thus the initial complaint served in this action. The complaint/motion was served June 25, 2021.  Respondent/movant's time to respond to the complaint/motion is August 24, 2021.  Fed. R. Civ. P. 12(a)(2).  The parties have agreed to a thirty-day extension of the deadline, and the purpose of this extension is to allow the parties to attempt to resolve this case informally.  Accordingly, respondent/movant's time to respond to the complaint/motion is extended from August 24, 2021 to September 23, 2021.

Dated: August 11, 2021        LAW OFFICE OF ERIC HONIG


                                     /s/
                              ERIC HONIG

                              Attorneys for Movant
                              PETER GALLAGHE, Personal Representative
                              of the Estate of Michael Gallagher

Dated: August 11, 2021        TRACY L. WILKISON
                              Acting United States Attorney
                              SCOTT M. GARRINGER
                              Assistant United states Attorney
                              Chief, Criminal Division


                                     /s/
                              ANDREW BROWN
                              VICTOR A. RODGERS
                              MAXWELL COLL
                              Assistant United States Attorneys

                              Attorneys for Respondent
                              UNITED STATES OF AMERICA