UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21−cv−05073−RGK−MAR | Date | 11/29/2021 |
|---|---|---|---|

| Title | PETER GALLAGHER V. UNITED STATES OF AMERICA |
|---|---|

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Eric Honig

Attorneys Present for Defendants:  
Victor Rodgers, AUSA

**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Bench Trial (Est. _1–2_ days): | August 9, 2022 at 09:00 AM |
| Pretrial Conference: | July 25, 2022 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | May 25, 2022 |
| Discovery Cut-Off Date (fact discovery): | May 11, 2022 |

Last day to amend the complaint or add parties is _1/15/2022_. The parties shall participate in ADR _1 – Magistrate Judge_.

**IT IS SO ORDERED.**

:01  
Initials of Preparer: _sw_