LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE RETURN OF PROPERTY SEIZED FROM THE USPV SAFE DEPOSIT BOX(ES) OF MICHAEL GALLAGHER, <br><br> ——————————————————— <br><br> PETER GALLAGHER, Personal Representative for the Estate of Michael Gallagher, <br><br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 21-cv-5073-RGK (MARx) <br><br> STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii); PROPOSED ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action, through their undersigned counsel of record, hereby stipulate to the

///

///

///

///

///

///

dismissal of this action, without prejudice. Each party shall bear his and its own costs and attorney fees. A proposed order for dismissal is attached hereto and lodged with the Court concurrently with this stipulation.

DATED: January 19, 2022　　　Respectfully submitted,

LAW OFFICE OF ERIC HONIG

*/s/ Eric Honig*
_____
ERIC HONIG
Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher

DATED: January 19, 2022　　　TRACY R. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Victor A. Rodgers*
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Attorneys for Respondent
United States of America