LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE RETURN OF PROPERTY SEIZED FROM THE USPV SAFE DEPOSIT BOX(ES) OF MICHAEL GALLAGHER, <br><br>_____ <br><br>PETER GALLAGHER, Personal Representative for the Estate of Michael Gallagher, <br><br>              Movant, <br><br>   v. <br><br>UNITED STATES OF AMERICA, <br><br>              Respondent. | Case No. 21-cv-5073-RGK (MARx) <br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) |

      Considering the parties' Stipulation,

      IT IS ORDERED that this action is hereby dismissed without prejudice. Each party shall bear its own costs and attorney fees.

DATED:

                                UNITED STATES DISTRICT JUDGE