LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

JS-6

Attorney for Movant Peter Gallagher,
Personal Representative for
the Estate of Michael Gallagher

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE RETURN OF PROPERTY SEIZED FROM THE USPV SAFE DEPOSIT BOX(ES) OF MICHAEL GALLAGHER, <br><br> ——————————————— <br><br> PETER GALLAGHER, Personal Representative for the Estate of Michael Gallagher, <br><br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 21-cv-5073-RGK (MARx) <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) |

Considering the parties' Stipulation,

IT IS ORDERED that this action is hereby dismissed without prejudice. Each party shall bear its own costs and attorney fees.

DATED: January 20, 2022

*Gary Klausner*

UNITED STATES DISTRICT JUDGE